UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON NICHOLS, | No.2:18-cv-00041-JAM-GGH |
| Plaintiff, | |
| v. | ORDER |
| SCOTT KERREAN, CDCR Director, et al., | |
| Defendants. | |

Plaintiff filed this civil rights complaint on January 8, 2018, alleging constitutional violations that occurred while he was imprisoned in Salinas Valley Prison, Soledad, California. ECF No. 1. Therefore, the injury occurred in a location served by the Northern District of California, not this District. Plaintiff has since been released from incarceration and is living in Pomona, California (Central District). All defendants, except Scott Kerrean (CDCR Director), are officers or officials located at the prison in Soledad and all records associated with the action are presumably to be found there as well. The CDCR Director is a nominal defendant with no factual connection to this lawsuit. Therefore, the proper venue for this case is in the Northern District of California

////

////

1

In light of the foregoing IT IS HEREBY ORDERED that: The Clerk of the Court shall transfer this matter to the Northern District of California and close this case.

**IT IS SO ORDERED.**

Dated: January 22, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE